# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 21, 2023

## NO. 03-22-00155-CV

**Jonathan Thompson, P.E., and Atlas Design Services, PLLC, Appellants**

**v.**

**Thompson-Hamilton Engineering Services, LLC D/B/A Atlas Design Services and Sharon Hamilton, P.E., Appellees**

## APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
## BEFORE JUSTICES BAKER, TRIANA AND THEOFANIS
## AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on March 8, 2022. The Court withdraws its previous opinion and judgment issued October 12, 2023, and substitutes the attached opinion and this judgment in their place. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.